Penny L. Koepke
pkoepke@hoalow.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone: (480) 833-1001

Taylor T. Smith (admitted *pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Freeway Insurance Services America, LLC, an Illinois limited liability company,<br><br>Defendant. | Case No. 3:22-cv-08042-DGC<br><br>**STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT BY FORTY-FIVE DAYS** |

Plaintiff Brenda Whittaker ("Plaintiff") and Defendant Freeway Insurance Services America, LLC ("Defendant," and, collectively with Plaintiff, the "Parties")[1], by and through undersigned counsel, respectfully stipulate and agree and jointly move the Court for an Order extending the deadline for Defendant to respond to Plaintiff's Complaint (Dkt. 1, "Complaint") in this matter, up to and including July 18, 2022.

In support thereof, Plaintiff and Defendant further state and agree as follows:

1.      Plaintiff filed his Complaint in this matter on March 16, 2022.

2.      Plaintiff sent Defendant a waiver of service, which Defendant promptly

---

[1] Counsel for Defendants have not yet appeared in this matter and, as such, Plaintiff submits this motion on behalf of both Parties with permission.

executed and returned on April 4, 2022 (Dkt. 7).  Pursuant to Federal Rules of Civil Procedure Rule 4, the current deadline for Defendant to respond to the Complaint was June 3, 2022.

3.     The Parties have engaged and are still in the process of engaging in good faith early negotiations regarding this matter.  Those negotiations have been productive but are still ongoing.

4.     Given the foregoing, Defendant has requested, and Plaintiff has agreed to, a modest extension of time of approximately forty-five (45) days, to and including July 18, 2022, for Defendant to serve and file its response to the Complaint so that the Parties can continue their ongoing early negotiations, so that those negotiations can reach their natural conclusion.

5.     This is the Parties' first request for an extension of these deadlines. It is not made for purposes of delay, but rather to enable the Parties to thoroughly investigate the claims at issue, and to formulate a sufficient responsive pleading, if/as needed.

6.     By this requested extension, Defendant is not waiving any objections or defenses to the Complaint available under applicable law, and the parties have agreed to be bound by its terms pending the Court's approval and entry of same.

7.     Good cause exists for granting the requested extensions, which will promote efficiency by enabling the Parties to continue to evaluate the claims at issues, and to pursue and possibly reach an early resolution without incurring legal expenses, including necessary for preparing a responsive pleading including a Rule 12(b) motion that would necessitate further litigation expense and judicial labor.

8.     A proposed Order is submitted herewith for the Court's consideration.

WHEREFORE, for all of the reasons above, the parties respectfully request that the Court enter an order extending the Defendant's deadline to respond to the Complaint by a period of no less than forty-five (45) days, to and including July 18, 2022.

DATED this 27th day of May, 2022.


Woodrow & Peluso LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210


By */s/ Taylor T. Smith*
Taylor T. Smith
*Attorneys for Plaintiff*



## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27th, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.


*/s/ Taylor T. Smith*