Penny L. Koepke
pkoepke@hoalow.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>Freeway Insurance Services America, LLC, an Illinois limited liability company,<br><br>*Defendant*. | Case No. 3:22-cv-08042-DGC<br><br>**NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Local Civil Rule 15.1, Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker") hereby provides notice of filing her First Amended Class Action Complaint. The proposed First Amended Class Action Complaint, which indicates in what respect it differs from Plaintiff's initial Complaint (dkt. 1) is attached hereto as Exhibit A.

Plaintiff files her First Amended Complaint with Defendant Freeway Insurance Services America, LLC's written consent.

Dated: July 18, 2022

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: /s/ Taylor T. Smith
One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalow.biz
4854 E. Baseline Road, Suite 104

Mesa, Arizona 85206
Tel: (480) 833-1001

Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*pro hac vice admission to be sought

*Counsel for Plaintiff and the Putative Classes*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on July 18, 2022.

/s/ Taylor T. Smith