Penny L. Koepke
pkoepke@hoalaw.biz
**MAXWELL & MORGAN, P.C.**
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated, | Case No. 3:22-cv-08042-DGC |
| *Plaintiff*, | **PLAINTIFF'S NOTICE OF SERVICE** |
| v. | |
| Freeway Insurance Services America, LLC, an Illinois limited liability company, | |
| *Defendant*. | |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker"), by and through her undersigned counsel, certifies that she served her first set of discovery requests, including Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests for the Production of Documents to Defendant. The requests were transmitted to counsel for Defendant via electronic mail and U.S. Mail on February 8, 2023.

Plaintiff also issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and a Subpoena to Testify at a Deposition in a Civil Action directed to LendingTree, LLC. Notice of the subpoenas was served on Defendant's counsel via electronic mail and U.S. Mail on February 8, 2023. The subpoenas will be sent out for service on February 8, 2023.

| | | |
|---|---|---|
| 1 | Dated: February 8, 2023 | **BRENDA WHITTAKER**, individually and on behalf of all others similarly situated, |
| 2 | | |
| 3 | | By: */s/ Taylor T. Smith*<br>One of Plaintiff's Attorneys |
| 4 | | Penny L. Koepke |
| 5 | | pkoepke@hoalaw.biz<br>4854 E. Baseline Road, Suite 104 |
| 6 | | Mesa, Arizona 85206<br>Tel: (480) 833-1001 |
| 7 | | |
| 8 | | Taylor T. Smith (admitted *pro hac vice*)<br>tsmith@woodrowpeluso.com |
| 9 | | Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300 |
| 10 | | Denver, Colorado 80210<br>Telephone: (720) 907-7628<br>Facsimile: (303) 927-0809 |
| 11 | | |
| 12 | | *Counsel for Plaintiff and the Putative Class* |

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on February 8, 2023.

*/s/ Taylor T. Smith*