**MANATT, PHELPS & PHILLIPS, LLP**
Christine M. Reilly (Admitted *Pro Hac Vice*)
A. Paul Heeringa (Admitted *Pro Hac Vice*)
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Email: creilly@manatt.com
Email: pheeringa@manatt.com

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**
Brian M. Bergin (AZ Bar No. 016375)
Brent Demmitt (AZ Bar No. 033820)
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: 602.888.7855
Email: bbergin@bfsolaw.com
Email: bdemmitt@bfsolaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Freeway Insurance Services America, LLC,<br><br>    Defendant. | Case No. 3:22-cv-08042-DGC<br><br>**DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY** |

Defendant Freeway Insurance Services America, LLC ("Defendant") by and through its undersigned counsel, certifies that Defendant served its Rule 26(a)(1) initial disclosures on March 17, 2023 upon Plaintiff and Plaintiff's counsel via email, at the email addresses provided on the Court's CM/ECF docket.

Dated: March 17, 2023

By: /s/ A. Paul Heeringa

**MANATT, PHELPS & PHILLIPS, LLP**
Christine M. Reilly (Admitted *Pro Hac Vice*)
A. Paul Heeringa (Admitted *Pro Hac Vice*)
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Email: creilly@manatt.com
Email: pheeringa@manatt.com

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**
Brian M. Bergin (AZ Bar No. 016375)
Brent Demmitt (AZ Bar No. 033820)
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: 602.888.7855
Email: bbergin@bfsolaw.com
Email: bdemmitt@bfsolaw.com

*Local Counsel for Manatt, Phelps & Phillips, LLP*

***Attorneys for Defendant Freeway Insurance Services America, LLC***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all counsel of record in the above-captioned matter on March 17, 2023, via the Court's CM/ECF docket.

By: /s/ A. Paul Heeringa