| | |
|---|---|
| 1 | **MANATT, PHELPS & PHILLIPS, LLP** |
| 2 | CHRISTINE M. REILLY (Admitted Pro Hac Vice)<br>E-mail: creilly@manatt.com |
| 3 | A. PAUL HEERINGA (Admitted Pro Hac Vice)<br>E-mail: pheeringa@manatt.com |
| 4 | 2049 Century Park East, Suite 1700<br>Suite 1700 |
| 5 | Los Angeles, California 90067<br>Telephone: 310.312.4000 |
| 6 | Email: creilly@manatt.com<br>Email: pheeringa@manatt.com |

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**
Brian M. Bergin (AZ Bar No. 016375)
Brent Demmitt (AZ Bar No. 033820)
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: 602.888.7855
Email: bbergin@bfsolaw.com
Email: bdemmitt@bfsolaw.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BRENDA WHITAKER, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>FREEWAY INSURANCE SERVICES AMERICA, LLC,<br><br>Defendant. | No. 3:22-cv-08042-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

NOTICE OF SERVICE OF DISCOVERY
3:22-cv-08042-DGC

Defendant Freeway Insurance Services America, LLC ("Defendant") certifies that it served its objections, answers and responses to Plaintiff's first set of discovery requests to Defendant (specifically, requests for production and interrogatories), which were issued pursuant to the Court's First Phase Case Management Order (*see* Dkt. 29), upon counsel for Plaintiff Brenda Whittaker on April 7, 2023 via electronic mail at the email addresses provided on the Court's CM/ECF docket.

Dated: April 7, 2023

By: */s/ A. Paul Heeringa*

**MANATT, PHELPS & PHILLIPS, LLP**
Christine M. Reilly (Admitted *Pro Hac Vice*)
A. Paul Heeringa (Admitted *Pro Hac Vice*)
2049 Century Park East
Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Email: creilly@manatt.com
Email: pheeringa@manatt.com

**BERGIN, FRAKES, SMALLEY & OBERHOLTZER, PLLC**
Brian M. Bergin (AZ Bar No. 016375)
Brent Demmitt (AZ Bar No. 033820)
4343 East Camelback Road, Suite 210
Phoenix, Arizona 85018
Telephone: 602.888.7855
Email: bbergin@bfsolaw.com
Email: bdemmitt@bfsolaw.com

*Local Counsel for Manatt, Phelps & Phillips, LLP*

***Attorneys for Defendant Freeway Insurance Services America, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed and served on all counsel of record in the above-captioned matter on April 7, 2023 via the Court's CM/ECF docket.

By: /s/ A. Paul Heeringa