**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Freeway Insurance Services America, LLC, an Illinois limited liability company,<br><br>Defendant. | No. CV-22-8042-PCT-DGC<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulation of Dismissal. Doc. 38.

**IT IS ORDERED** the stipulation (Doc. 38) is approved and this matter is dismissed with prejudice.

Dated this 5th day of July, 2023.

*David G. Campbell*

David G. Campbell
Senior United States District Judge